JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-126P |
| Plaintiff, | ) ) | ORDER GRANTING |
| vs. | ) ) | STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL |
| DONG IN SEOK, | ) ) | MOTIONS DEADLINE |
| Defendant. | ) ) ) | |

THE COURT having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court futher finds that the period of time from the current trial date of June 19, 2006, until the new trial date of August 7, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM DEADLINE
(*Dong Seok;* #06-126MJP)                    1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1 //

2     IT IS THEREFORE ORDERED that the trial date in this matter is continued until

3 August 7, 2006, and that pretrial motions shall be filed no later than June 15, 2006.

4

5     DONE this 24th day of May, 2006.

6

7

8                   /S/Marsha J. Pechman
                  MARSHA J. PECHMAN

9                   UNITED STATES DISTRICT JUDGE

10

11 Presented by:

12

13 s/  Peter J. Avenia
WSBA #  20794
Attorney for Dong In Seok
14 Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
15 Seattle, WA   98101
Phone:   (206) 553-1100
16 Fax:       (206) 553-0120
peter_avenia@fd.org

17

18 s/  Ye-Ting Woo
Assistant United States Attorney
*Per Telephonic  Authorization*

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM DEADLINE
(*Dong Seok;* #06-126MJP)       2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**