JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-126MJP |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| vs. | ) ) ) | |
| DONG IN SEOK, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of August 7, 2006 until the new trial date of September 11, 2006 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM DEADLINE
(*Dong In Seok;* #06-126MJP)         1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  //

2       IT IS THEREFORE ORDERED that the trial date in this matter is continued until

3  September 11, 2006, and that pretrial motions shall be filed no later than July 13, 2006.

4

5       DONE this 15TH day of June, 2006.

6

7

8       /S/Marsha J. Pechman
     MARSHA J. PECHMAN
9       UNITED STATES DISTRICT JUDGE

10

11  Presented by:

12

13  s/ Peter J. Avenia
WSBA #  20794
Attorney for Dong In Seok
14  Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
15  Seattle, WA   98101
Phone:  (206) 553-1100
16  Fax: (206) 553-0120
Peter_Avenia@fd.org
17

s/ Ye-Ting Woo
18  Assistant United States Attorney
*Per Telephonic  Authorization*
19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM DEADLINE
(*Dong In Seok;* #06-126MJP)                           2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**