Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR 06-126 MJP |
| | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE TRIAL DATE |
| | ) |
| DONG IN SEOK, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

It is stipulated by and between the United States of America, by Assistant United States Attorney Ye-Ting Woo, and defendant Dong In Seok, by his attorney Ralph Hurvitz, that trial in this case may be continued from September 11, 2006 to September 25, 2006.

Mr. Seok is charged with conspiracy to transport and smuggle illegal aliens. As the court is aware, Peter Avenia was permitted to withdraw as counsel for Mr. Seok on August 16, 2006. The parties have been involved in plea discussions, and believe that this case may well resolve by way of a plea agreement. However, additional time is necessary to conclude plea

negotiations.

The parties stipulate that the ends of justice served by continuing the trial date outweigh any interests of the public or of the defendant in a speedy trial as per 18 U.S.C. §3161(c)(1).

Dated this 8th day of September, 2006.

/S/Ye-Ting Woo
_____
YE-TING WOO
Assistant United States Attorney


/S/Ralph Hurvitz
RALPH HURVITZ
Attorney for Defendant

ORDER

The court has considered the stipulation of the parties concerning a continuance of the trial date in this case. The court finds that the ends of justice served by continuing the trial date outweigh any interests of the public or of the defendants in a speedy trial as per 18 U.S.C. §3161(c)(1).

Trial in this case is hereby continued to September 25, 2006.

Dated this 8th day of September, 2006.

*/S/Marsha J. Pechman*
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER-2

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2006, I electronically filed with the clerk of the court, using the CM/ECF system, the stipulation and order to extend date for filing pretrial motions, which will send notification of such filing to counsel.

                              s/Ralph Hurvitz
                              RALPH HURVITZ
                              WSBA 7365
                              1420 Fifth Avenue
                              Suite 3150
                              Seattle WA 98101
                              Tel: (206)223-1747
                              Fax: (206)467-1823
                              Email: ralph@hurvitz.com